MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Jan 30, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COREY SCOTT HARRIS,<br><br>Defendant. | CASE NO. 1:25-cr-00014-KES-BAM<br><br>18 U.S.C. § 933(a)(3) – Conspiracy to Traffic in Firearms; 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms without a License; 18 U.S.C. §§ 924(d)(1), 934(a)(1)(A), 934(a)(1)(B), and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 933(a)(3) – Conspiracy to Traffic in Firearms]

The Grand Jury charges: T H A T

COREY SCOTT HARRIS,

defendant herein, beginning no later than January 1, 2021, and continuing through April 17, 2024, in the County of Tulare, State and Eastern District of California, and elsewhere, did conspire with others known and unknown to knowingly transfer firearms, including but not limited to:

(1) A Zastava AK-style 7.62mm rifle;

(2) A privately manufactured .223 AR-style pistol machinegun, and;

(3) A Glock 17C 9mm pistol;

to another person, in and otherwise affecting interstate or foreign commerce, knowing and having

reasonable cause to believe that the use, carrying and possession of a firearm by the recipient would constitute an offense under Federal and State law punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 933(a)(3).

COUNT TWO: [18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing and Manufacturing Firearms without a License]

The Grand Jury charges: T H A T

COREY SCOTT HARRIS,

defendant herein, beginning no later than on or about January 1, 2021, and continuing until at least April 17, 2024 in the County of Tulare, State and Eastern District of California, and elsewhere, not being a licensed dealer and manufacturer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing and manufacturing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

FORFEITURE ALLEGATION:   [18 U.S.C. §§ 924(d)(1), 934(a)(1)(A), 934(a)(1)(B), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant COREY SCOTT HARRIS shall forfeit to the United States pursuant to Title 18, United States Code, Section 934(a)(1)(A), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such offense; and pursuant to Title 18, United States Code, Section 934(a)(1)(B), any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. Upon conviction of the offenses alleged in Counts One through Two of this Indictment, defendant COREY SCOTT HARRIS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including, but not limited to the following:

    a. Colt M4A1 Rifle, serial number CR020873,
    b. Remington Arms Company, Inc. 870 Tactical Shotgun, serial number CC20937B,
    c. Mossberg 930 Shotgun, serial number AF229544,

        d.    RWC Group, LLC (Kalashinkov USA) KR-103 Rifle, serial number K3R0012553,
        e.    Sig Sauer (Sig-Arms) SIG M400 Rifle, serial number 20L155092,
        f.    Remington Arms Company, Inc. 870 Shotgun, serial number RS03377A,
        g.    Mossberg 930 Shotgun, serial number AF0065379,
        h.    Colt M4 Carbine Rifle, serial number LE390562,
        i.    Hubei Jianghua Machinery Co. LTD Lynx LH12 shotgun, serial number 3G017025,
        j.    Springfield Armory, Geneseo, IL M1A Rifle, serial number 450794,
        k.    Century Arms International RAS47 Rifle, serial number FAS47034080,
        l.    Remington Arms Company, Inc. 700 Rifle, serial number RAR064071,
        m.    Smith & Wesson 19 Revolver, serial number AYA0617,
        n.    Smith & Wesson 66 Revolver, serial number 163K273,
        o.    Taurus 856 Revolver, serial number ABL112511,
        p.    Taurus 905 Revolver, serial number ADA862895,
        q.    Smith & Wesson M&P 9 Pistol, serial number HNT4482,
        r.    Sig Sauer (Sig-Arms) P365 X Pistol, serial number 66F922183,
        s.    Sig Sauer (Sig-Arms) P365 X Pistol, serial number 66F413749,
        t.    Sig Sauer (Sig-Arms) P226 Pistol, serial number 47E032125,
        u.    Sig Sauer (Sig-Arms) P320 Pistol, serial number 58H233997,
        v.    Smith & Wesson 5906TSW Pistol, serial number BAY5620,
        w.    Smith & Wesson M&P 9 M2.0 Pistol, serial number NLU8412,
        x.    Glock Inc. 17GEN4 Pistol, serial number ACSX385, and
        y.    Bravo Company Mfg. Inc. BCM4 Receiver/Frame, serial number A029940.

3.    If any property subject to forfeiture, as a result of the offenses alleged in this Indictment, for which defendant is convicted:

        a.    cannot be located upon the exercise of due diligence;
        b.    has been transferred or sold to, or deposited with, a third party;
        c.    has been placed beyond the jurisdiction of the Court;
        d.    has been substantially diminished in value; or
        e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of

///
///
///
///
///
///
///
///

INDICTMENT                                          3

1 defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

MICHELE BECKWITH
Acting United States Attorney

_____
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Chief, Fresno Office